422 A.2d 693

In the Int. of Vengoechea, a minor.

Appeal of Vengoechea.

Argued June 6, 1979. Bruce K. Doman, Assistant Public Defender, for appellant; John C. Kevlock, Assistant District Attorney, for appellee.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Before PRICE, DOWLING and GATES, JJ.*

Adjudication of delinquency affirmed.